IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3121 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| COLLEEN KAREN ARAGON, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved for a thirty-day continuance of the pretrial motion deadline currently set for December 23, 2010. Filing No. 15. Defense counsel explains additional time is needed to meet with his client. The government does not oppose defendant's motion to continue, and based on the showing set forth in the defendant's motion, the court finds the motion should be granted.

IT IS ORDERED:

1) The defendant's unopposed motion to continue, (filing no. 23), is granted and the defendant's pretrial motions and briefs shall be filed on or before January 24, 2011.

2) The ends of justice will be served by granting defendant's motion to continue the pretrial motion deadline, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between December 23, 2010 and January 24, 2011, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 23rd day of December, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge