IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3121 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| COLLEEN KAREN ARAGON, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant and her new counsel have been afforded an opportunity to review this case and are now ready to proceed. Accordingly,

IT IS ORDERED:

1. The government's motion for a new plea setting or a trial date, (filing no. 41), is granted.

2. The plea hearing previously set for March 2, 2011 (see filing no. 32) is continued, and the defendant's anticipated plea of guilty is scheduled before Magistrate Judge Zwart on the 17th day of May, 2011, at 3:00 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3. The ends of justice served by continuing defendant's change of plea hearing outweigh the interests of the public and the defendant in a speedy trial, and the time between the date the defendant's motion for new counsel was granted, March 2, 2011, and defendant's anticipated plea of guilty shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act because the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

DATED this 7th day of April, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge