IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3121 |
| | ) | |
| v. | ) | |
| | ) | |
| COLLEEN KAREN ARAGON, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that judgment is entered for the United States of America and against Colleen Karen Aragon providing that she shall take nothing and her Motion to Vacate under 28 U.S.C. § 2255 (filing no. 110) is denied and dismissed with prejudice.

DATED this 25th day of October, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge