IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:10CR3121 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| COLLEEN KAREN ARAGON, | ) | |
| Defendant. | ) | |

Defendant has filed a notice of appeal (filing 127) but has not submitted the required appeal fee of $455.00 or filed a motion to proceed in forma pauperis ("IFP") on appeal. The defendant was determined to be financially unable to obtain an adequate defense in her criminal case, and an attorney was appointed to represent her at trial. (Filing 14.) Because the appeal appears to be taken in good faith, the defendant may proceed in forma pauperis on appeal pursuant to Federal Rule of Appellate Procedure 24(a)(3).

IT IS ORDERED that:

1. In response to the clerk's memo (filing 128), the defendant may proceed in forma pauperis on appeal.

2. The clerk of the court shall transmit a copy of this memorandum and order to the United States Court of Appeals for the Eighth Circuit.

DATED this 16th day of September, 2013.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.