IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:10CR3121 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| COLLEEN KAREN ARAGON, | ) | |
| Defendant. | ) | |

I am in receipt of a report from the Probation Office (filing no. 145) indicating that the defendant is ineligible for a sentence reduction under Amendment 782. Counsel have been notified of the Probation Office's determination.

IT IS ORDERED that:

(1) A sentence reduction under Amendment 782 is denied.

(2) The defendant's motion to reduce sentence (filing no. 142) is denied.

(3) The Office of the Federal Public Defender's motion to withdraw (filing no. 147) is granted.

Dated October 13, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge